**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HEATHER MENSTER, a person,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, an insurance company,<br><br>Defendant. | No. 2:13-cv-00775 RSL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSSAL** |

THIS MATTER having come on regularly for hearing upon Plaintiff's Motion for Voluntary Dismissal, the Court finds that:

Now, therefore, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff's motion is granted. This case is dismissed without prejudice and without fees or costs to either party.

DATED this 2nd day of December, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR
VOLUNTARY DISMISSAL— 1

No. 2:13-cv-00775 RSL

JOEL B. HANSON
ATTORNEY AT LAW, PLLC
2825 EASTLAKE AVE E
SUITE 115
SEATTLE, WA 98102
206.412.8765